■ In the Matter of CARTER W., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Appellant; VICTORIA W. et al., Respondent. (Appeal No. 1.) [38 NYS3d 459]—Appeal from an order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered January 16, 2015 in a proceeding pursuant to Family Court Act article 10. The order granted respondent James D. supervised visitation with the subject child.

■ In the Matter of CARTER W., an Infant. MONROE COUNTY DEPARTMENT OF HUMAN SERVICES, Appellant; VICTORIA W. et al., Respondent. (Appeal No. 2.) [38 NYS3d 823]—Appeal from an amended order of the Family Court, Monroe County (Dandrea L. Ruhlmann, J.), entered February 5, 2015 in a proceeding pursuant to Family Court Act article 10. The amended order granted respondent James D. supervised visitation with the subject child.

Now, upon reading and filing the stipulation of discontinuance signed by the attorneys for the parties on August 17 and 22, 2016,

It is hereby ordered that said appeal is unanimously dismissed without costs upon stipulation. Present—Centra, J.P., Curran, Troutman and Scudder, JJ.